AAQ
F.#9705076

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANN MARIE NOEL,

        Defendant.

- - - - - - - - - - - - - - - - -X

APPLICATION

Cr. No. 98-299 (ARR)

EASTERN DISTRICT OF NEW YORK, SS:

       ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Alyssa A. Qualls, Assistant United States Attorney, applies to the Court for an Order unsealing the minutes of the March 26, 1998 proceeding in the above-captioned matter for inspection by the parties.

Dated: Brooklyn, New York
      April 12, 2005

                                             _____
                                             Alyssa A. Qualls
                                             Assistant U.S. Attorney