CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.     DEC. 02, 2005     Time: 2:30 pm

CR-98-299     DEFT NUMBER: ___

DEFT NAME: Ann Marie Noel

__X__ present   ____ not present   ____ cust.   ✓ bail

DEFENSE COUNSEL: John S. Siffert

__X__ present   ____ not present   ____ CJA   ✓ RET.   ✗ LAS

A.U.S.A.: Alyssa Qualls     CLERK: D. LASALLE

Reporter: G. Rudolph     OTHER:

INT:   (LANG. - ___)

XXX   CASE CALLED.   ___ SENTENCING ADJ'D TO ___.

X   SENTENCING HELD.   x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x   DEFT SENTENCED ON COUNT  ONE & TWO  OF THE (Superseding) Indictment / (Information)

REMAINING OPEN COUNTS ARE DISMISSED ON   ___ GOVTS MOTION
                                          ___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.   ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**