UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA                    JUDGMENT INCLUDING SENTENCE
        -v-                                 UNDER THE SENTENCING REFORM ACT

ANN MARIE NOEL                              CASE NUMBER:CR-98-299 (ARR)
------------------------------------x       JOHN L. SIFFERT, ESQ
                                            500 FIFTH AVENUE
                                            NEW YORK, NEW YORK 10110-3398
                                            Defendant's Attorney & Address

THE DEFENDANT:
**XXX**  pleaded guilty to count one and two of the information.
___  was found guilty on counts                after a plea of not guilty.
     Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT SECURITIES FRAUD. | ONE (1) & TWO (2) |

The defendant is sentenced as provided in pages 2 through    of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___  The defendant has been found not guilty on count(s)         and is discharged as to such count(s).
___  Remaining counts are dismissed on the motion of the United States.
**XXX**  It is ordered that the defendant shall pay to the United States a special assessment of $200.00 which shall be due **XXX** immediately ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec #_____          _____DECEMBER 2, 2005_____
                                                Date of Imposition of Sentence
Defendant's Date of Birth 10/28/64

Defendant's Mailing Address:                    _____
                                                    ALLYNE R. ROSS, U.S.D.J.
32-44 31st STREET, APT. 2F 1N                   _____DECEMBER 2, 2005_____
                                                           Date
ASTORIA, NEW YORK 11106
                                                A TRUE COPY ATTEST
Defendant's Residence Address:                  Date:_____
                                                ROBERT C. HEINEMANN
    ( SAME AS ABOVE )                           CLERK OF COURT

                                                By:_____

                                                       DEPUTY CLERK

Defendant: **ANN MARIE NOEL**
Case Number: CR-98-299(ARR)

Judgment - Page

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 200.00 , consisting of a fine of $ N/A and a special assessment of $ 200.00 .

___ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid ___ immediately
                       ___ as follows:

XXX  The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

___ The interest requirement is waived.
___ The interest requirement is modified as follows: